# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of July, two thousand and fourteen.

Before:    Ralph K. Winter,
              *Circuit Judge.*

_____

United States of America,
    Appellee - Cross - Appellant,

v.

Ricardo Fernandez, Jeffrey Halbirt, Stinson Bland, Jeffrey Hurwitt, Michael Steinberg, William Mackey, Thomas Prezioso, Bradley Susser, Michael Oiring, Fotis Georgiadis,
    Defendants,

David Levy,
    Defendant-Appellant-Cross-Appellee,

Donna Levy,
    Defendant-Appellant.

**ORDER**
Docket No. 14-338 (L);
                14-614 (con.)

_____

    Appellant-Cross-Appellee David Levy moves to extend, through August 8, 2014, the time in which he and Appellant Donna Levy will file a brief and appendix.

    This motion was clearly filed in violation of Local Rule 27.1(f)(3), which requires that motions for an extension of time be filed as soon as practicable after the reasons justifying the extension are known. Moreover, the fact that counsel has a very busy practice and has not organized his office so as to be able to meet that deadline is not grounds for an extension. Nevertheless, the Court will grant an extension until August 8, 2014. Failure to file a brief by that date will lead to the consideration of imposing sanctions on counsel. This order applies to all Appellants.

                                        For the Court:
                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

